UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SOCCORRO SANTIAGO,

                Plaintiff,

  -against-

RAPID ARMORED CORPORATION,

                Defendant.
----------------------------------------------------------------X

ORDER

04-CV-4721(NGG)(LB)

GARAUFIS, District Judge.

    On March 23, 2006, Magistrate Judge Lois Bloom issued a Report and Recommendation ("R&R") in the above-captioned action recommending that this court dismiss Plaintiff's action. No objections to the R&R have been timely filed. This court has reviewed the R&R and is satisfied that there is no clear error on the face of the record. The Clerk of the Court is directed to enter judgment as set forth by Magistrate Judge Bloom and as detailed above.

SO ORDERED.

Dated: April 10, 2006                          /s/ Nicholas G. Garaufis
       Brooklyn, N.Y.                     Nicholas G. Garaufis
                                            United States District Judge